IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GREGORY ARTHUR

FILED

CIVIL ACTION

v.

MAY 16 2017

NANCY A. BERRYHILL,
Acting Commissioner of the Social
Security Administration

KATE BARKMAN, Clerk
By_____Dep. Clerk

NO. 16-3643

## **ORDER**

**AND NOW**, this 16th day of May, 2017, upon consideration of the pleadings and the record herein, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice dated April 5, 2017, to which no objections have been filed, **IT IS HEREBY ORDERED** as follows:

1.     The Report and Recommendation is **APPROVED** and **ADOPTED**;

2.     The Plaintiff's request for review is **DENIED**; and

3.     **JUDGMENT** is **ENTERED** in favor of the Defendant.

BY THE COURT:

John R. Padova, J.